IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Kelli A. Arthur, et al., | Case Nos. 1:09 CV 1409 |
| | 3:10 CV 67 |
| Plaintiffs, | 3:10 CV 75 |
| | 3:10 CV 418 |
| -vs- | |
| | ORDER GRANTING FINAL |
| National City Bank, et al., | APPROVAL OF SETTLEMENT |
| Defendants. | JUDGE JACK ZOUHARY |

This Court previously considered and preliminarily approved a Class Action Settlement Agreement ("Settlement") (Order of 3/19/2010). This Court has since reviewed related materials and conducted a record hearing on June 23, 2010 pursuant to Federal Civil Rule 23. No objections to the proposed settlement were received by the Court or presented at the hearing. Present at the hearing were: Bruce Carlson and James Latturner for Plaintiffs; Melissa Zujkowski and Erika Imre Schindler for Defendants (court reporter: Tracy Spore).

This Court finds that the settlement is fair, reasonable, and adequate, and approves the settlement in its entirety. Judgment will follow.

Lead Class Counsel shall distribute class relief to participating Claimants, and otherwise effectuate the settlement, consistent with the terms of the Settlement Agreement. Further, Plaintiffs' unopposed Motion for Attorneys' Fees and for Class Representative Enhancements (Doc. No. 22) is granted.

IT IS SO ORDERED.

                                                 s/ *Jack Zouhary*
                                                 JACK ZOUHARY
                                                 U. S. DISTRICT JUDGE

                                                 June 24, 2010